IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TERRY L. CHARLTON
    Plaintiff,

vs.                                                   No. 1:04-1290/T/AnN

TENNESSEE DEPARTMENT
OF CORRECTION et al,.
    Defendants.

---

MOTION TO VOID MOTION FOR EXTENSION OF TIME

---

    COMES NOW, Plaintiff in the above styled action and respectfully moves this Court to **void** petitioner's Motion For Extension of Time.

    Petitioner submits that the record will show that said petitioner filed a Motion For Extension of Time entered into record on the date of August 10th 2005

    Said Motion was to request an extension of time to respond to the Defendant's Motion To Dismiss. However, the Petitioner moves that he has a Motion in Opposition to the Defendant's Motion To Dismiss pending before this Court that was over-looked.

    For the "good faith" reason of human error, the Plaintiff requests that his Motion for Extension of Time be **void** and/or stricken.

Entered this 11th day of August, 2005

                                                          Terry L. Charlton, Plaintiff

**MOTION GRANTED**
DATE: 15 August 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8/17/05

# · CERTIFICATE OF SERVICE ·

I HEREBY CERTIFY THAT A TRUE AND EXACT COPY OF: __MOTION TO VOID MOTION FOR EXTENSION OF TIME__

HAS BEEN FORWARDED BY FIRST CLASS, U.S. MAIL, WITH POSTAGE PAID, TO: __Pentecost, Gleen & Rudd__
__106 Stonebridge Blvd.__
__Jackson, Tennessee 38305__

ON THIS __11th__ DAY OF __August__, __2005__.

_Terry L. Charlton_
Terry L. Charlton, Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

Kimberly J. Dean
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Gustavus A. Puryear
CORRECTIONS CORPORATION OF AMERICA
Burton Hills Blvd.
Nashville, TN 37215

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT