IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TERRY L. CHARLTON,            )
                              )
    Plaintiff,             )
                              )
VS.                           )   No. 04-1290-T/An
                              )
TENNESSEE DEPARTMENT OF       )
CORRECTION, ET AL.,           )
                              )
    Defendants.            )

---

ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT

---

On August 11, 2005, plaintiff filed a motion seeking an extension of time to respond to the pending motion to dismiss. However, on August 15, 2005, plaintiff filed a motion to "void" the motion for extension of time, stating that he overlooked the fact that a response to the motion to dismiss has already been filed. The Court granted the motion to "void" on August 16, 2005. Therefore, the motion for an extension of time is DENIED as moot.

IT IS SO ORDERED.

                                             /s/ James D. Todd
                                         JAMES D. TODD
                                         UNITED STATES DISTRICT JUDGE

                                         19 August 2005
                                       DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kimberly J. Dean
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Gustavus A. Puryear
CORRECTIONS CORPORATION OF AMERICA
Burton Hills Blvd.
Nashville, TN 37215

Honorable James Todd
US DISTRICT COURT