IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |  |
|---|---|---|
| TERRY L. CHARLTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 1:04-1290-T/An |
| | ) | |
| TENNESSEE DEPARTMENT OF CORRECTIONS, et. al., | ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER TO OBTAIN
MEDICAL RECORDS

Plaintiff, Terry L. Charlton ("Plaintiff"), a prison inmate, sued Defendant, Tennessee Department of Corrections and several prison officials and employees ("Defendants") pursuant to 42 U.S.C. § 1983 and several provisions of the Tennessee Constitution. Plaintiff now moves the court for an order that Plaintiff be able to obtain his medical records to prove his case. Plaintiff insists that these records cannot be obtained "through normal discovery," but Plaintiff makes no allegation that either the hospital or Defendants will not provide them.

Because Plaintiff seeks his own medical records he is able to obtain them on his own. The court will not issue an order to obtain records that the Plaintiff is free to obtain without court intervention.

Accordingly, Plaintiff's Motion to Obtain Medical Records is DENIED.

IT IS SO ORDERED this 22nd day of August, 2005.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Gustavus A. Puryear
CORRECTIONS CORPORATION OF AMERICA
Burton Hills Blvd.
Nashville, TN 37215

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

Kimberly J. Dean
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT