

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TERRY L. CHARLTON
    Plaintiff

vs                                       No. 1:04-1290 T/An

TN DEPT. OF CORRECTION ET AL,.
    Defendant's.

---

### MOTION FOR EXTENSION OF TIME

---

    Comes Now, Plaintiff, <u>Terry L. Charlton,</u> by and through his Legal Assistant; respectfully moves this Honorable Court for an extension of time to respond to an Ordershowing cause of why his claims against Defendant Cole should not be dismissed for failure to prosecute.

    Plaintiff moves before this Court that he needs additional time to file <u>Discovery Motions</u> in the cause of Request for documents and interrogatories to obtain <u>specific information</u> regarding said Defendant to effectively execute this Ordered cause rendered by this Court.

    Plaintiff will need an additional thirty (30) days from the filing of this Motion to allow Defendant's counsel to reply and respond to the above mentioned motions.

    Plaintiff moves that this request will not result in any prejudice of the Defendant's and that this Request is made in good faith and cause.

Respectfully submitted

Entered this 9th day of <u>September,</u> 2005

*Terry Charlton*

---

**MOTION GRANTED**
DATE: 13 September 2005

*James D. Todd*
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9/14/05

27

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND EXACT COPY OF: ___MOTION FOR EXTENSION OF TIME___

HAS BEEN FORWARDED BY FIRST CLASS, U.S. MAIL, WITH POSTAGE PAID, TO: ___Pentecost, Glenn & Rudd___
___Attorney at Law___
___106 Stonebridge Blvd.___
___Jackson, Tennessee 38305___

ON THIS 9th DAY OF ___SEPTEMBER___, ___2005___.

*Terry L. Charlton*
Terry L. Charlton, Plaintiff
W.C.F.A.   KB-211   P.O. Box 679
Whiteville, Tennessee 38075

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT