IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TERRY L. CHARLTON
      Plaintiff,

vs.

No. 1:04-1290 T/An

TENNESSEE DEPARTMENT
OF CORRECTION et al,.
      Defendants.

---

PLAINTIFFS SECOND REQUEST FOR AN EXTESION OF TIME

---

COMES NOW, Plaintiff, Terry L. Charlton, and respectfully submits to this Court that he is in need of an second additional extension of time in the matter and cause of responding to an Order. Re: Order To Show Cause. Order date: 29th of August

Plaintiff submits that the original Order would have expired on the date of September 18th 2005.
Plaintiff submits that the additional extension of time will expire on the date of October 13th 2005

Plaintiff submits that FRCP Motions allow the Respondent's a Thirty (30) Day common limitation of responses.
Plaintiff respectfully submits that the Respondent's have not responded to a number of Discovery Motions that are relevant to vital information that is required to and for the Plaintiff to determine the factual-status of named Defendant that is in Default.

Plaintiff respectfully moves this Court in request for an additional extension of time up and until the date of November 13th 2005 to effectively respond to the Court request to show cause in the matter of Defendant Cole.
Plaintiff further moves that the granting of this request will allow (Defendant's C.C.A.) ample time to submit their Discovery to said Plaintiff without further delay.

**MOTION GRANTED**
DATE: 30 October 2005

_James D. Todd_
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/3/05

Plaintiff submits to please this Honorable Court, that the Plaintiff's record shows that the Defendant's has the following Discovery Motions to answer by the date of October 13th.

(1) Request For Production Of Documents (1st request)
(2) Request For Producation Of Documents (2nd request)
(3) Request for Admissions)
(4) First Set Of Interrogatories.

Plaintiff submits that Defendant's have not answered any Discovery to this date and the filing of this request.

For the reasons stated above, the Plaintiff requests an additional extension of time up and until the date of November 13th 2005.

Respectfully submitted

*Terry L. Charlton*
TERRY L. CHARLTON, PRO'SE

Entered this 26th day fo September, 2005

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND EXACT COPY OF: <u>Plaintiff's Second Request For An Extension Of Time</u>

HAS BEEN FORWARDED BY FIRST CLASS, U.S. MAIL, WITH POSTAGE PAID, TO: <u>Pentecost, Glenn & Rudd</u>
<u>Attorney at Law</u>
<u>106 Stonebridge Blvd.</u>
<u>Jackson, Tennessee 38305</u>

ON THIS 26th DAY OF <u>September</u>, <u>2005</u>.

*Terry L. Charlton*
Terry L. Charlton, Plaintiff
W.C.F.A.  KB-211  P.O. Box 679
Whiteville, Tennessee 38075

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT