# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| TERRY L. CHARLTON, | ) | |
| Plaintiff, | ) | |
| VS. | ) | No. 04-1290-T/An |
| TENNESSEE DEPARTMENT OF CORRECTION, ET AL., | ) | |
| Defendants. | ) | |

## ORDER DISCHARGING SHOW CAUSE ORDER

On August 30, 2005, the Court issued an order for plaintiff Terry L. Charlton to show cause why his claims against defendant Cole should not be dismissed for failure to prosecute. The Court noted that Cole had been served with process on February 25, 2005, but had not yet responded to the complaint. The Court further noted that plaintiff had taken no other action to prosecute his claim against Cole.

After receiving two extensions of time, plaintiff responded to the order to show cause on October 13, 2005. However, defendant Cole responded to the complaint by filing a motion to dismiss on September 22, 2005. Therefore, the order to show cause is hereby DISCHARGED as moot.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_13 October 2005_
DATE


This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/17/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT