IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TERRY L. CHARLTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 04-1290-T/An |
| ) | |
| TENNESSEE DEPARTMENT OF ) | |
| CORRECTION, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER ON REQUEST FOR CIVIL CONSENT JURISDICTION

Plaintiff Terry L. Charlton, an inmate at the Whiteville Correctional Facility, has filed a "Request for Civil Consent Jurisdiction" in which he asks the Court to issue consent forms to the parties pursuant to 28 U.S.C. § 636(c)(1). However, plaintiff does not indicate in his request that the defendants have agreed to the jurisdiction of the Magistrate Judge under § 636(c)(1), and the defendants have filed no response to plaintiff's request.

To the extent that plaintiff may be seeking the Court's intervention in obtaining the defendants' consent to jurisdiction under § 636(c)(1), the request is DENIED. Consent to jurisdiction of the Magistrate Judge is purely a matter of agreement between the parties. If the defendants are amenable to having the Magistrate Judge hear this case by consent,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/17/05

counsel may obtain and execute the proper form, and take the appropriate steps to obtain plaintiff's signature.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

13 October 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT