# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| TERRY L. CHARLTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 04-1290-T |
| | ) | |
| TENNESSEE DEPARTMENT OF CORRECTION, et al, | ) ) | |
| | ) | |
| Defendants. | ) | |

FILED BY _____ D.C.
05 OCT 17 AM 8:43

## ORDER OF RECUSAL OF MAGISTRATE JUDGE S. THOMAS ANDERSON

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses himself, *sua sponte*, from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case and to deliver the magistrate judge's case file to the magistrate judge who receives the assignment.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 14, 2005

Case Reassigned to: magistrate Judge Diane Vescovo.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/19/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT