UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TERRY L. CHARLTON,

        Plaintiff,

v.                                        No. 04-1290-TV

TENNESSEE DEPARTMENT OF
CORRECTION, et al.,

        Defendants.

### SCHEDULING ORDER

After a review of the pleadings in this case, the court has determined that this order should be entered for the purposes of scheduling dates for the completion of certain pre-trial activities; the following dates are established as the final dates for:

FILING MOTIONS TO JOIN PARTIES: Friday, January 27, 2006

FILING MOTIONS TO AMEND PLEADINGS: Friday, January 27, 2006

FILING PRE-TRIAL MOTIONS OF ANY OTHER KIND: Friday, April 28, 2006

COMPLETING ALL DISCOVERY pursuant to Federal Rules of Civil Procedure 26 through 35 and Rule 37: Friday, February 24, 2006

    This case is set for non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

    This order will not be modified except upon showing of good cause.

    It is SO ORDERED this 28th day of October, 2005.

                                            /s/ Diane K. Vescovo
                                            DIANE K. VESCOVO
                                            UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/2/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT