IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TERRY L. CHARLTON,

    Plaintiff,

VS.                                                  No. 04-1290-T

TENNESSEE DEPARTMENT
OF CORRECTION, et al.,

    Defendants.

## ORDER OF REFERENCE

Plaintiff's Motion for Order Compelling Disclosure or Discovery is hereby referred to United States Magistrate Judge Diane Vescovo for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_1 November 2005_____
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/4/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT