IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TERRY L. CHARLTON,           )
                             )
    Plaintiff,               )
                             )
VS.                          )     No. 1:04-1290-T/V
                             )
TENNESSEE DEPARTMENT OF      )
CORRECTION, et. al.          )
                             )
    Defendant.               )

## ORDER DENYING PLAINTIFF'S REQUEST FOR RETURN OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS

On October 3, 2005, Terry L. Charlton ("Plaintiff") filed a motion for summary judgment on his claim against the remaining defendants in this civil rights litigation.[1] Subsequently, on November 25, 2005, Plaintiff filed a "Request for Return of Motion for Summary Judgment." The basis for Plaintiff's request was "human error" in that Plaintiff had inadvertently failed to attach a certificate of service to his motion for summary judgment. Plaintiff sought return of the motion in order to correct his mistake.

Plaintiff should be aware that, on October 25, 2005, the court denied the motion that he now seeks to have returned. [*See* Dkt. # 43] Assuming that the court could "return" Plaintiff's motion for summary judgment—which it could not—the question is MOOT.

---

[1] Those defendants are Corrections Corporation of America and Dr. Fred Cole.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/1/05

Therefore, Plaintiff's Request for Return of Motion for Summary Judgment [Dkt. # 49] is DENIED.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_29 November 2005_
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT