# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

TERRY L. CHARLTON, )
)
    Plaintiff, )
)
VS. ) No. 1:04-1290-T/V
)
TENNESSEE DEPARTMENT OF )
CORRECTION, *et. al.* )
)
    Defendant. )

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

On October 19, 2005, the remaining defendants in this civil rights case filed a Second Motion to Dismiss. Plaintiff subsequently filed a response to the motion to dismiss, but Plaintiff states that he failed to attach a certificate of service to his response. The instant motion seeks an extension of time to "reenter his motion [or response] as a precautionary measure."

The court is uncertain whether the instant Plaintiff's motion for extension is referring to his previously filed motion for summary judgment or to his response to the remaining defendants' Second Motion to Dismiss. To the extent that Plaintiff seeks an extension of time to attach a certificate of service to his motion for summary judgment, that request is denied. The court denied an identical request one day ago because the court had already ruled on the motion for summary judgment.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/2/05



However, to the extent that Plaintiff seeks an extension of time to attach a certificate of service to his response to the Second Motion to Dismiss, that request is GRANTED. Plaintiff shall have an additional ten (10) days from the date of entry of this order in which to file a certificate of service certifying that Plaintiff served a copy of his response to the motion to dismiss on counsel for the remaining Defendants.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_30 November 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:04-CV-01290 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terry L. Charlton
WHITEVILLE CORRECTIONAL FACILITY
102704
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT